

FILED
U.S. DISTRICT C
2015 JUN -5 P 12:2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR UNLAWFUL PROCUREMENT OF NATURALIZATION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-0150** |
| v. | * | **SECTION: SECT. G MAG. 3** |
| **YEON SOOK HWANG**<br>a/k/a "Jackie" | * | **VIOLATION:** 18 U.S.C. § 1425(b) |
| | * | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

### A.    AT ALL TIMES MATERIAL HEREIN:

1.    **YEON SOOK HWANG, a/k/a "Jackie,"** was a citizen of South Korea, having entered the United States illegally on or about December 7, 2003.

2.    At the time of her Application of Naturalization, dated June 17, 2015, **YEON SOOK HWANG, a/k/a "Jackie,"** had been a permanent resident of the United States.

3.    **YEON SOOK HWANG, a/k/a "Jackie,"** had been convicted in the United States District Court for the Southern District of Mississippi, case number 15-70 of violating Title 18, United States Code, Section 1956(h), Conspiracy to Commit Money Laundering, Judgment being entered on September 1, 2016.

Fee___U S/Y
___Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____

4.      **YEON SOOK HWANG, a/k/a "Jackie,"** executed a form N-400, Application for Naturalization in 2015, prior to her being charged in the Southern District of Mississippi.

5.      **YEON SOOK HWANG, a/k/a "Jackie,"** was interviewed by Citizenship and Immigration Services in New Orleans, Louisiana on or around June 17, 2015, where she swore that all statements obtained in form N-400 were true and correct.

6.      In a factual basis document, which was filed in case number 15-70 in the Southern District of Mississippi, **YEON SOOK HWANG, a/k/a "Jackie,"** admitted to laundering money in connection with a massage parlor/house of prostitution in 2012 and 2013.

7.      On Section 11, question 22, on form N-400 she executed in June 2015, **YEON SOOK HWANG, a/k/a "Jackie,"** was asked:

> "Have you ever committed, assisted in committing, or attempted to commit, a crime or offense for which you were not arrested?"

she answered no, which was, as she well knew was false, as she admitted to money laundering in 2012 - 2013 in the factual basis filed in 2016.

8.      On Part 15 of the N-400 she acknowledged that her answers were "true and correct", when, as she well knew, they were not.

9.      **YEON SOOK HWANG, a/k/a "Jackie,"** was issued a certificate of Naturalization No. 37397222 at New Orleans, Louisiana on the Eastern District of Louisiana on June 26, 2015.

**B.    THE OFFENSE:**

On or about June 17, 2015 in the Eastern District of Louisiana, and resulting in a Certificate of Naturalization issued on June 26, 2015, the defendant **YEON SOOK HWANG, a/k/a "Jackie,"** a person not entitled to naturalization or citizenship, did knowingly apply for,

2

attempt to procure and obtain, and obtained naturalization and United States citizenship, by making a false statement and representation under penalty of perjury in her naturalization application, in violation of Title 18, United States Code, Section 1425(b).

## NOTICE OF FORFEITURE

1.     The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated for the purpose of alleging forfeiture to the United States.

2.     As a result of the offense alleged in Count 1, defendant **YEON SOOK HWANG, a/k/a "Jackie,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and any property, real or personal, that: (a) constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense or (b) is used to facilitate, or is intended to be used to facilitate, the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

> Certificate of Naturalization, number 37397222 in the name of Yeon Sook Hwang; and

> United States Passport, number 568088643 issued in the name of Yeon Sook Hwang.

If any of the property described above, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

3

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:



FOREPERSON

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

CARTER K. D. GUICE, JR.
Assistant United States Attorney
Louisiana Bar Roll No. 16771

New Orleans, Louisiana
June 5, 2025

No._____

# UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

## THE UNITED STATES OF AMERICA

vs.

### YEON SOOK HWANG
### a/k/a "Jackie"

## INDICTMENT
### FOR FOR UNLAWFUL PROCUREMENT OF
### NATURALIZATION

**VIOLATION: 8 U.S.C. § 1425(b)**

*Filed in open court this* _____ *day of* _____
_____ *A.D. 2025.*

_____
*Clerk*

*Bail, $* _____
_____

**CARTER K.D. GUICE, JR.**
**Assistant United States Attorney**